UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1038

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | **Magistrate Case No. 09958702 (Class A)** |
| v. | ] | |
| LUIS A. MATOS | ] | **COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea D. Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Alfredo N. Foster, Jr., MAJ, USA,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **17th day of January 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**LUIS A. MATOS** did commit:

Unlawful Possession of a Firearm on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Alfredo N. Foster, Jr.**

**ALFREDO N. FOSTER, JR., MAJ, USA**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF MAY 2024.**

**HONORABLE ANDREA D. BERGMAN**
**United States Magistrate Judge**

5/2/24 NK 6/6/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9 January, 2024 while exercising my duties as a law enforcement officer in the JBMDL District of JBMDL.

On 9 January 2024, I Ridge arrived to Checkpoint 5 to make contact with Mr. Bencompos who discovered a loaded firearm at an inspection point at JBMDL. The operator of the vehicle Luis Mostos was in the possession of a firearm in his vehicle while attempting to enter JBMDL. Matos cited on 1168 and was advised of his rights and released with a court date & time.

The foregoing statement is based upon:

- ☐ my personal observation
- ☐ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/09/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 01/09/2024 [signature]
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/16/2024 13:54